UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

JOHN DOE,

                                    Plaintiff,

                -against-

ALEYA A. KUSUM, ALI SHARIFF, WELLS FARGO
BANK, NA, and NEW YORK CITY,

                                  Defendants.

----------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 Civ. 8470
(AKH)(MHD)

**TO THE CLERK OF THE COURT:**

        **PLEASE TAKE NOTICE** that MICHAEL A. CARDOZO, Corporation Counsel of the City of New York, hereby appears as attorney of record herein on behalf of defendant the CITY OF NEW YORK.  The City defendant respectfully requests that the undersigned attorney receive notice of all docket events via the Electronic Case Filing system, and further requests that all documents that are to be served by delivery be served upon the undersigned attorney at the New York City Law Department (Administrative Law Division), 100 Church Street, New York, NY 10007.

Dated:      New York, New York
              October 5, 2007

                                            MICHAEL A. CARDOZO
                                            Corporation Counsel of the City of New York

                                By: _____

                                            LOUISE MOED (LM 7442)
                                            Assistant Corporation Counsel
                                            100 Church Street (Admin. Law Div.)
                                            New York, NY 10007
                                            (212) 788-0768 phone
                                            (212) 791-9714 fax
                                            LMOED@LAW.NYC.GOV