

OCT 0 2007

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

LOUISE A. MOED
Phone: (212) 788-0768
Fax: (212) 791-9714
LMOED@LAW.NYC.GOV

USDC *So ordered*
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 10/10/07

October 5, 2007

*So ordered
10-5-07*
[signature]

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

by fax: (212) 805-7942

Re: <u>Doe v. Kusum</u>, 07 CV 8479 (AKH) (KHD)

Dear Judge Hellerstein:

    I write to request a 29-hour extension of the deadline of noon on Monday, October 8, 2007, that has been set in the above-referenced case. I was assigned this case last evening. The City's papers in response to plaintiff's application for a preliminary injunction are due Monday, October 8, at noon. The offices of City agencies are closed on Saturday, Sunday, and this Monday, a federal holiday. Thus, the ability to consult with City agencies in order to adequately respond to plaintiff's application is restricted to today only. I ask that the City be given the benefit of being able to complete its papers on Tuesday, October 9, in consultation with City personnel and file the papers electronically <u>by 5 pm on Tuesday</u>.

    I phoned the office of plaintiff's counsel and was told that she is not in the office today and that no one else in the law firm is working with her on this case. Thus, I cannot determine her position on this request.

    No previous extensions of time have been requested in this case.

    Thank you for your consideration.

                                        Respectfully submitted,

                                        Louise A. Moed (LM 7442)
                                        Assistant Corporation Counsel

cc: V. Elizabeth Grayson, attorney for plaintiff, by fax: (212) 757-0469