*V. Elizabeth Grayson*
*Scarola, Ellis LLP*
888 Seventh Avenue - 45ᵗʰ Floor
New York, N.Y. 10106
(212) 757-0007

October 10, 2007

*So ordered*
*10-10-07*
*[signature] A.K. Hellerstein*

Honorable Alvin K. Hellerstein
United States Courthouse
500 Pearl Street
New York, New York

<u>Re: Doe v. Kusum; 07 Civ. 8479 (AKH)</u>

Dear Judge Hellerstein:

I am plaintiff's counsel in the above captioned case, and write to request an extension of time in which to file my reply papers in support of motion for preliminary injunction. Specifically, I request an extension until 8:30 a.m. on Monday, October 15, 2007.

This Court's Order to Show Cause of October 2, 2007, required me to effect personal service on each of the defendants no later than noon of October 5, 2007. It further required each of the defendants to respond to the Order to Show no later than noon on October 8, 2007, and me to serve plaintiff's reply papers no later than noon on October 11, 2007 (i.e. tomorrow).

Although I accomplished personal service of the Order to Show Cause within the time frame required by that Order, I did not receive defendant City of New York's opposition until this morning, and have not yet received any response from defendants Wells Fargo, Kusum, and Sharif. Defendant City's response is fairly substantial, involving two declarations and a Memorandum of Points and Authorities.

In light of the foregoing, as well as my other time-sensitive obligations for the remainder of this week, it would be very helpful to me if my time to file reply papers were extended through this Monday morning at 8:30 a.m. This would still allow the

1

Court two days in which to digest the submission prior to the hearing now set for Tuesday, October 16, at 4 p.m.

                                Respectfully submitted,

                                V. Elizabeth Grayson
                                Counsel for Plaintiff

Cc: Louise Moed, Esq.
(Counsel for City of New York)

10/10/2007 Case 1:07-cv-08479-AKH Document 3 CAROL Filed 10/10/2007 Page 2 of 2 PAGE 03/03