

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/07

2007

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**LOUISE A. MOED**
Phone: (212) 788-0768
Fax: (212) 791-9714
LMOED@LAW.NYC.GOV

October 11, 2007

So ordered
10-12-07

Docket Support Unit
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:     Doe v. Kusum, 07 CV 8479 (AKH) (KHD)

To the Docket Support Unit:

I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, who is handling the above-referenced case.

I write to ask that error notations be placed on the docket entries for three documents in this case that were filed incorrectly and were subsequently re-filed correctly.

The incorrect filings are documents 4, 5, and 6. The correct re-filings are documents 7, 8, and 9. I ask that error notations be placed on the entries for documents 4, 5, and 6.

The erroneous docket entries were a result of the ECF system not recognizing plaintiff's Order to Show Cause for a preliminary injunction, document 2, as constituting a motion. As a result, the system would not allow two declarations to be classified as being in opposition to a motion, and I filed them as "answers" solely so as to file them by the October 9, 2007 deadline.

I was advised the next morning by the ECF help desk how to work around the supposed lack of a pending motion, and the documents were re-filed as being declarations "in opposition (non-motion)." In addition, the system allowed me to note that one of the declarations, document 8, was related to the City's "response to order to show cause," document 7, although not allowing the same notation for the other declaration, document 9.

Thank you for your consideration in this matter.

Respectfully submitted,

*Louise Moed*

Louise A. Moed (LM 7442)
Assistant Corporation Counsel

cc:   Judge Alvin Hellerstein, USDJ, SDNY, by fax:  (212) 805-7942
      V. Elizabeth Grayson, attorney for plaintiff, by fax:  (212) 757-0469