Violet Elizabeth Grayson (VEG-2792)
Scarola, Ellis LLP
888 Seventh Avenue – 45th Floor
New York, N.Y 10106
(646) 406-1512

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
John Doe,                                        :    No. 07 Civ. 8479 (AH)
                                                 :
            Plaintiff,                           :    MOTION FOR
                                                 :    TEMPORARY
        -against-                                :    RESTRAINING ORDER,
                                                 :    ORDER TO SHOW CAUSE,
Aleya A. Kusum, Ali Shariff,                     :    AND EXPEDITED
Wells Fargo Bank, NA, and                        :    PROCEEDINGS
New York City,                                   :
                                                 :
                                                 :
            Defendants.                          :
---------------------------------------------------------------X

Plaintiff through his counsel of record hereby moves the Court, *ex parte,* for issuance of a temporary restraining order and an order to show cause why a preliminary injunction should not issue. Additionally, plaintiff moves the Court for an order expediting these proceedings. The reasons why said relief should be granted are set forth in the accompanying: 1) Memorandum in Support of Motion for Temporary Restraining Order and Order to Show Cause, and to Expedite Proceedings; 2) Verified Complaint, 3) Declaration of V. Elizabeth Grayson. A Proposed Order also accompanies this

1

submission.

                              Respectfully submitted,

                              V. Elizabeth Grayson
                              Counsel for Plaintiff