Violet Elizabeth Grayson (VEG-2792)
Scarola, Ellis LLP
888 Seventh Avenue – 45th Floor
New York, N.Y 10106
(646) 406-1512

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
John Doe,                                                  :     No. 07 Civ. 8479 (AH)
                                                           :
          Plaintiff,                                     :     DECLARATION OF
                                                           :     VIOLET ELIZABETH
     -against-                                            :     GRAYSON IN SUPPORT
                                                           :     OF TEMPORARY
Aleya A. Kusum, Ali Shariff,                               :     RESTRAINING ORDER
Wells Fargo Bank, NA, and                                  :
New York City,                                             :
                                                           :
                                                           :
          Defendants.                                    :
-----------------------------------------------------------X

      I, Violet Elizabeth Grayson declare:

      1. I am a member of the Bar of this Court and counsel of record for plaintiff herein. I make this declaration in support of plaintiff's motion for a temporary restraining order posting a uniformed police officer on a continuous basis in front of the crack house located at 546 West 148th Street, New York.

      2. I carefully investigated this case prior to filing it, and am highly familiar with the conditions now prevailing at 546 West 148th Street. Based on my investigation, I believe that the persons operating the crack house at 546 West Street are likely to retaliate against my client's resident manager, tenants and property, and/or against other

1

people in the neighborhood suspected to be associated with this lawsuit, unless a uniformed police officer is positioned in front of the crack house on a full time basis.

3. I bring this Request for a Temporary Restraining Order an *ex parte* basis because I believe that, in the interests of safety, the uniformed police officer should be in place before process is served on the Owner Defendants.

The foregoing facts are true and correct of my personal knowledge. This declaration was executed under penalty of perjury of the laws of the United States and the State of New York, in New York, New York on September 29, 2007.

_____
Violet Elizabeth Grayson