Violet Elizabeth Grayson (VEG-2792)
Scarola, Ellis LLP
888 Seventh Avenue – 45th Floor
New York, N.Y 10106
(646) 406-1512

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X    ECF Case
John Doe,                                                   :    07 Civ. 8479 (AKH)(MHD)
                                                            :
              Plaintiff,                                    :    DECLARATION OF
                                                            :    JOHN BERNASCONI
       -against-                                            :    RE SERVICE ON
                                                            :    WELLS FARGO
Aleya A. Kusum, Ali Shariff,                                :
Wells Fargo Bank, NA, and                                   :
New York City,                                              :
                                                            :
                                                            :
              Defendants.                                   :
------------------------------------------------------------X
```

I, John Bernasconi declare:

1. I am employed as a paralegal by Violet Elizabeth Grayson in connection with her California practice.

2. On the morning of October 4, 2007, I personally served on the Wells Fargo Bank Legal Department, located at 633 Folsom Street, 7th Floor, San Francisco, California, 94107, the Verified Complaint, Issued Summons, Order to Show Cause, and Memorandum of Points and Authorities in the above captioned case.

3. In accordance with Ms. Grayson's instructions, I brought to the Clerk's attention the Order to Show Cause, with its very tight deadline. The Clerk appeared to

understand, and stated that she would take the papers to a lawyer that day.

The foregoing is true and correct of my personal knowledge. Executed under penalty of perjury of the laws of the State of California and the United States in San Francisco, California on October 14, 2007.

_____

John Bernasconi