# Judge Hellerstein

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Southern District of New York

John Doe,
Plaintiff

V.

Aleya A. Kusum, Ali Shariff, Wells Fargo Bank,
NA, and New York City,
Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 8479**

TO: (Name and address of Defendant)

Aleya A. Kusum
8716 Homelawn Street, Apt 3G
Jamaica, New York, 11432

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

V. Elizabeth Grayson
Scarola, Ellis, LLP
888 Seventh Avenue - 45th Floor
New York, N.Y. 10106
(646) 406-1512

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

OCT 0 1 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE 07 CIV 8479 Alexa A. Kusum |
|---|---|
| Service of the Summons and complaint was made by me | DATE 10/4/2007 10:25 AM |
| NAME OF SERVER (PRINT) Juan Pereira | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. 8716 Homelawn St Apt 3G, Jamaica NY 11432
Name of person with whom the summons and complaint were left:
Mr. Husyin — M/Brown Skin/Brn Gray Hair/55-65 yrs/5'4-5'8/161-200 lbs

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/4/2007
           Date                    Signature of Server

c/o NY Serv LLC 173 N Main #37A Sayville NY 11782
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE 07 CIV 8479 Ali Shrift |||
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10/4/2007 | 10:25 AM |
| NAME OF SERVER (PRINT) Juan Pereira | TITLE Process Server ||

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. 87/16 Hanelan St Apt 3G, Jamaica NY 11432

Name of person with whom the summons and complaint were left: Mr. Husain  M/ Brwn Skin / Brwn Gray Hair / 51-65 yrs / 5'4"-5'8" / 161-200 Lbs

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/4/2007
            Date                Signature of Server

c/o NY Server LLC 173 North Main #375 Sayville NY 11782
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.