℠AO 440  (Rev. 8/01) Summons in a Civil Action

# Judge Hellerstein STATES DISTRICT COURT

|  Southern  | District of | New York |

John Doe, Plaintiff

**SUMMONS IN A CIVIL ACTION**

V.

Aleya A. Kusum, Ali Shariff, Wells Fargo Bank,
NA, and New York City, Defendants.

## 07 CIV 8479

TO: (Name and address of Defendant)

Wells Fargo Bank, NA
Law Department
633 Folsom Street -7th Floor
San Francisco, CA 94107

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

V. Elizabeth Grayson
Scarola, Ellis LLP
888 Seventh Avenue - 45th Floor
New York, N.Y. 10106
(646) 406-1512

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

OCT 0 1 2007

CLERK

DATE

(By) DEPUTY CLERK

Violet Elizabeth Grayson (VEG-2792)
Scarola, Ellis LLP
888 Seventh Avenue – 45th Floor
New York, N.Y 10106
(646) 406-1512

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ————————————————————X | | ECF Case |
| John Doe, | : | 07 Civ. 8479 (AKH)(MHD) |
| Plaintiff, | : | DECLARATION OF |
| | : | JOHN BERNASCONI |
| -against- | : | RE SERVICE ON |
| | : | WELLS FARGO |
| Aleya A. Kusum, Ali Shariff, | : | |
| Wells Fargo Bank, NA, and | : | |
| New York City, | : | |
| | : | |
| Defendants. | : | |
| ————————————————————X | | |

I, John Bernasconi declare:

1. I am employed as a paralegal by Violet Elizabeth Grayson in connection with her California practice.

2. On the morning of October 4, 2007, I personally served on the Wells Fargo Bank Legal Department, located at 633 Folsom Street, 7th Floor, San Francisco, California, 94107, the Verified Complaint, Issued Summons, Order to Show Cause, and Memorandum of Points and Authorities in the above captioned case.

3. In accordance with Ms. Grayson's instructions, I brought to the Clerk's attention the Order to Show Cause, with its very tight deadline. The Clerk appeared to

1

understand, and stated that she would take the papers to a lawyer that day.

The foregoing is true and correct of my personal knowledge. Executed under penalty of perjury of the laws of the State of California and the United States in San Francisco, California on October 14, 2007.

John Bernasconi