

V. Elizabeth Grayson
Scarola, Ellis LLP
888 Seventh Avenue - 45th Floor
New York, N.Y. 10106
(646) 406-1512

*The court does not give advice. Proceed according to Fed. R. Civ. P. and Local Rules 11-1-07 AK Hellt*

October 31, 2007

Honorable Alvin K. Hellerstein
United States Courthouse
500 Pearl Street
New York, New York

Re: Doe v. Kusum; 07 Civ. 8479 (AKH)

Dear Judge Hellerstein:

Aleya Kusum, Ali Shariff, and Wells Fargo Bank, all defendants in the above captioned case, were served with process on October 4, 2007, and have failed to answer. I have obtained clerk's certificates confirming that each of these three defendants is now in default.

At this juncture, I would appreciate guidance as to how the Court wishes me to proceed in obtaining defaults and default judgments with respect to the three defendants. Will the Court enter judgment based on the demands found in the complaint? Request submission of declarations and/or documentary evidence concerning damages? Hold a prove-up hearing with live witnesses?

Thank you in advance for your guidance in this regard.

Respectfully submitted,

V. Elizabeth Grayson

Cc: Louise Moed, Esq. (via facsimile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/1/07

1