*Elizabeth Grayson*
*Scarola, Ellis LLP*
*888 Seventh Avenue - 45th Floor*
*New York, N. Y, 10106*
*(646) 406-1512*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07

December 11, 2007

Honorable Alvin K. Hellerstein
United States Courthouse
500 Pearl Street
New York, New York

Re: Doe v. Kusum: 07 Civ. 8479 (AKH)

Dear Judge Hellerstein:

I am counsel for Plaintiff in the above captioned case, and write to request that the Initial Status Conference in this case, now scheduled for December 14, 2007, be continued, preferably to Friday, January 11, 2008. I am presently engaged in discussions with counsel for New York City, which I anticipate will likely lead to dismissal of New York City from the case. Additionally, just last week, I was contacted by an attorney who will be representing defendant Wells Fargo Bank, and I need to assess that attorney's position regarding Wells Fargo's involvement in the case.

In light of the foregoing circumstances, I believe it would be prudent to continue the initial conference until the status of defendants New York City and Wells Fargo Bank is resolved. Both defense counsel join in this request.

Respectfully submitted,

V. Elizabeth Grayson

Cc: Louise A Moed, Esq.
    Linda P. Manfredi, Esq.

1