UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
JOHN DOE,

                      Plaintiff,

-against-

ALEYA A. KUSUM, ALI SHARIFF, WELLS
FARGO BANK, NA, AND NEW YORK CITY,

                      Defendants.
------------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/08

**ORDER DISMISSING CERTAIN DEFENDANTS WITHOUT PREJUDICE**

07 Civ. 8479 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On representation of Plaintiff's counsel that Plaintiff has no present intention to proceed further against the City, the City of New York is dismissed without prejudice. Defendant Wells Fargo, having represented that the mortgage debt was paid to it in full, possesses no further interest in the property at issue in this lawsuit, and it, too, is dismissed without prejudice.

      Only Aleya A. Kusum and Ali Shariff, the building owners, remain as Defendants. Counsel for Plaintiff has represented to the Court that these Defendants are in default. Plaintiff is invited to move for default judgment and inquest.

      SO ORDERED.

Dated:    January  11 , 2008
             New York, New York

ALVIN K. HELLERSTEIN
United States District Judge