Violet Elizabeth Grayson (VEG-2792)
Scarola, Ellis LLP
888 Seventh Avenue – 45th Floor
New York, N.Y 10106
(646) 406-1512

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
John Doe,                                              :    No. 07 Civ. 8479 (AH)
                                                       :
        Plaintiff,                                   :    MOTION FOR
                                                       :    ENTRY OF DEFAULT
      -against-                                     :    JUDGMENT
                                                       :
Aleya A. Kusum and Ali Shariff,                        :
                                                       :
                                                       :
        Defendants.                                  :
---------------------------------------------------------X

       Plaintiff hereby moves the Court, pursuant to Federal Rule of Civil Procedure 55(b) (2) and Southern District Local Rule 55(2)(b), for an order entering the defaults of Defendants Aleya A. Kusum and Ali Shariff, and entering judgment against said defendants and in favor of plaintiff in the amount of $500,000. The motion is based upon the annexed Declaration of plaintiff's counsel Violet Elizabeth Grayson, and true copies of the Clerk's Certificate of Default, Copy of the Complaint, and Proposed form of Default Judgment annexed thereto.

                                                    Respectfully submitted,

                                                    V. Elizabeth Grayson
                                                    Counsel for Plaintiff