Violet Elizabeth Grayson (VEG-2792)
Scarola, Ellis LLP
888 Seventh Avenue – 45th Floor
New York, N.Y 10106
(646) 406-1512

Attorney for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

RECEIVED
MAR 19 2008
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
John Doe,                                :     No. 07 Civ. 8479 (AH)
                                         :
            Plaintiff,                   :     MOTION FOR
                                         :     ENTRY OF DEFAULT
       -against-                         :     JUDGMENT
                                         :
Aleya A. Kusum and Ali Shariff,          :
                                         :
            Defendants.                  :
-----------------------------------------------------------X

Plaintiff hereby moves the Court, pursuant to Federal Rule of Civil Procedure 55(b) (2) and Southern District Local Rule 55(2)(b), for an order entering the defaults of Defendants Aleya A. Kusum and Ali Shariff, and entering judgment against said defendants and in favor of plaintiff in the amount of $500,000. The motion is based upon the annexed Declaration of plaintiff's counsel Violet Elizabeth Grayson, and true copies of the Clerk's Certificate of Default, Copy of the Complaint, and Proposed form of Default Judgment annexed thereto.

Respectfully submitted,

V. Elizabeth Grayson
Counsel for Plaintiff

[Handwritten annotation by judge: Motion for default against defts Kusum and Shariff is granted. By April 18, 2008, amend the caption to identify the real parts in interest and provide proof, by completed affidavit of the house purchase, diminished value from date of purchase in comparison to like houses in the neighborhood at comparable damage. 3-19-08]