*V. Elizabeth Grayson*
*888 Seventh Avenue - 45th Floor*
*New York, N.Y. 10106*
*(646) 406-1512*

March 18, 2008



Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
Room 1050
500 Pearl Street
New York, New York 10007

<u>Re: Doe v. Kusum; 07 Civ. 8479 (AKH)</u>

Dear Judge Hellerstein:

Enclosed herewith, please find courtesy copies of a motion for entry of default judgment, and supporting attorney's declaration with exhibits and proposed form of judgment, in the above captioned case. All of the above has also been electronically filed.

Additionally, I respectfully ***request that the court conference now set for March 28, 2008 in this case be continued*** to a later date as I will be in France on March 28. Friday, May 2, 2008 would be an ideal new date.

Respectfully submitted,

V. Elizabeth Grayson
Counsel for Plaintiff

*[handwritten annotation: the conf. is canceled. 3-19-08]*

1